IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1050-RJ

| IN THE MATTER OF THE SEIZURE OF INFORMATION ASSOCIATED WITH DEPOSIT ACCOUNTS IN THE NAME OF JOE F. RHEM JR. | **ORDER TO SEAL** |
|---|---|

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant (D.E. 3) regarding the above-referenced matter, and the Seizure Warrant (D.E. 4), be sealed by the Clerk of Court from this date until further ordered by the Court.

DATED this __10__ day of __May__, 2016.

_____
HONORABLE ROBERT B. JONES
United States Magistrate Judge